(110 So. 919)

John DANZEY v. STATE. (4 Div. 248.) (Court of Appeals of Alabama. Nov. 9, 1926.)

Appeal from Circuit Court, Henry County; H. A. Pearce, Judge. Possessing still.

RICE, J. Appeal dismissed.